UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHIAS MUELLER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SAN DIEGO ENTERTAINMENT PARTNERS, LLC, a California Limited Liability Company, DAVE DEAN, an individual, JOHN LYONS, an individual, and DOES 1 THROUGH 25, inclusive,<br><br>Defendants. | Case No.: 3:16-CV-02997-GPC-NLS<br><br>ORDER ON JOINT MOTION TO DISMISS CLAIMS AGAINST DEFENDANTS SAN DIEGO ENTERTAINMENT PARTNERS, LLC, DAVE DEAN, and JOHN LYONS |

## **ORDER:**

Having reviewed the stipulation of the parties to dismiss the case, and finding good cause thereon, it is hereby ORDERED that:

1. The case is hereby dismissed with prejudice as to all Defendants;

2. This dismissal is expressly conditioned on the terms and conditions of the settlement agreement entered into by and between Plaintiff and Defendants;

3. The Court retains jurisdiction of this matter for the purposes of taking any action needed to enforce the terms of the settlement agreement, including the entry of a stipulated judgment; and

4. Each party is to bear its own costs and attorney's fees on the terms and conditions of the settlement agreement.

**IT IS SO ORDERED.**

Dated: November 16, 2018

Hon. Gonzalo P. Curiel
United States District Judge